**Order filed December 17, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00181-CR**
_____

**JOHN KEVIN DUFOUR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1522339**

## ORDER

Appellant's brief discloses the name of a child victim of sexual assault under the age of 17. *See* Tex. Code Crim. Proc. art. 57.02(h); Tex. R. App. P. 9.10(b). Accordingly, the brief is **STRICKEN**.

Appellant is ordered to file a brief that complies with Tex. Code Crim. Proc. art. 57.02 and Tex. R. App. P. 9.10 by **December 27, 2019**.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.